RLC:BSK
F. #2008R01450/OCDETF #NYNYE584Z

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JAIME ALBERTO MEJIA GONZALEZ,
    also known as "Perro"
    and "Fred," and
CARLOS HERNANDO RAMIREZ,
    also known as "Tyson,"

        Defendants.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No._____
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(A)(ii)(II), 846,
853(a) and 853(p); T. 18,
U.S.C., §§ 2 and 3551 et
seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute Cocaine)

1. On or about and between January 1, 1997 and September 30, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JAIME ALBERTO MEJIA GONZALEZ, also known as "Perro" and "Fred," and CARLOS HERNANDO RAMIREZ, also known as "Tyson," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled

substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Distribution of Cocaine)

2. On or about March 4, 2005, within the Eastern District of New York and elsewhere, the defendants JAIME ALBERTO MEJIA GONZALEZ, also known as "Perro" and "Fred," and CARLOS HERNANDO RAMIREZ, also known as "Tyson," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendants charged in Counts One and Two that, upon their conviction of any such offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of any such

offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of any such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of such defendants up to the value of the forfeitable property described in this forfeiture allegation, including but not limited to:

(i) All right, title and interest in the real property located at 4775 Collins Avenue, Apt. 2501, Miami Beach, Florida 33140 (Folio 02-3223-018-0210);

(ii) All right, title and interest in the real property located at 400 West 62nd St., Miami, Florida 33140 (Lot 7 Block 12, Folio 02-3211-014-1170);

(iii) All right, title and interest in the real property located at 790 N.W. 72nd St., Miami, Florida 33150 (Lot 12 Block 35, Folio 30-3111-035-4740);

(iv) All right, title and interest in the real property located at 5530 La Gorce Drive, Miami, Florida 33140 (Lot 4 Block 13, Folio 02-3214-003-1545);

(v) All right, title and interest in the real property located at 5520 La Gorce Drive, Miami, Florida 33140 (Lot 3 Block 13, Folio 02-3214-003-1540);

(vi) All right, title and interest in the real property located at the Southeast 1/4 of Northwest 1/4 of Section 14, Township 57 South, Range 38 East, lying in and being in Miami-Dade County, Florida (Folio 30-7814-000-0980);

(vii) All right, title and interest in the following real property (vacant lots) located at Golden Gate Estate, Collier County, Florida:

    (1) Unit 42E (Folio 38841080002);

    (2) Unit 42E (Folio 38849720005);

    (3) Unit 65E (Folio 39960280009);

    (4) Unit 65W (Folio 39953200009); and

    (5) Unit 69E (Folio 40242920005);

(viii) All right, title and interest in the real property (vacant lots) located at Silver Palm Park, Miami-Dade County, Florida:

    (1) Lot 20 Block 17, Folio 30-6913-011-2430;

    (2) Lot 10 Block 17, Folio 30-6913-011-2330;

    (3) Lot 4 Block 17, Folio 30-6913-011-2270;

    (4) Lot 21 Block 17, Folio 30-6913-011-2440;

    (5) Lot 15 Block 17, Folio 30-6913-011-2380;

    (6) Lot 16 Block 17, Folio 30-6913-011-2390;

    (7) Lot 13 Block 17, Folio 30-6913-011-2360;

    (8) Lot 14 Block 17, Folio 30-6913-011-2370;

    (9) Lot 12 Block 17, Folio 30-6913-011-2350;

    (10) Lot 1 Block 17, Folio 30-6913-011-2240;

    (11) Lot 2 Block 17, Folio 30-6913-011-2250;

    (12) Lot 3 Block 17, Folio 30-6913-011-2251;

    (13) Lot 3 Block 17, Folio 30-6913-011-2260;

    (14) Lot 6 Block 17, Folio 30-6913-011-2290;

    (15) Lot 7 Block 17, Folio 30-6913-011-2300;

    (16) Lot 8 Block 17, Folio 30-6913-011-2310;

    (17) Lot 9 Block 17, Folio 30-6913-011-2320; and

    (18) Lot 5 Block 17, Folio 30-6913-011-2280.

(ix) All right, title and interest in the real property (vacant lot) located at 129 N.E. 10th Street, Miami, Florida 33132 (Lot 14 Block 19, Folio 01-0101-090-1121);

(x) All right, title and interest in the real property (vacant lot) located at 133 N.E. 10th Street, Miami, Florida 33132 (Lot 15 Block 19, Folio 01-0101-090-1130);

(xi) All right, title and interest in the real property located at 5700 Collins Avenue, Apt. 12C, Miami, Florida 33140 (Folio 02-3211-065-0360);

(xii) All right, title and interest in the real property located at 7710 Beach view Drive, North Bay Village, Florida 33141 (Lot 23 Block 5, Folio 23-3209-008-1320); and

(xiii) All right, title and interest in the real property located at 7545 Bounty Avenue, North Bay Village, Florida 33141 (Lot 4 Block 3, Folio 23-3209-009-0800).

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

6

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Jaime Mejia Gonzalez, Carlos Ramirez</u>

2. Related Magistrate Docket Number(s): <u>N/A</u>
   None ( )

3. Arrest Date: <u>N/A</u>

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   <u>Queens</u>

6. Projected Length of Trial:  Less than 6 weeks  (XX)
   More than 6 weeks  (  )

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  (XX) Yes  ( ) No

9. Have arrest warrants been ordered?  ( X ) Yes  ( ) No

10. Capital count included?  ( ) Yes  (XX) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____

Bonnie S. Klapper
Assistant U.S. Attorney

Rev. 3/22/01